**Order entered November 24, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-19-00879-CR

**DAVID GASTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 069347**

### ORDER

Before the Court is appellant's November 16, 2020 motion to permit party to file longer motion for reconsideration en banc. In the motion, appellant requests the Court to increase the word limit for his motion for en banc reconsideration to 7018 words. Appellant's motion is **GRANTED**.

/s/ ROBERT D. BURNS, III
   CHIEF JUSTICE